# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0636.  CALVIN SMITH v. THE STATE.**

In this criminal action, the trial court entered an order on August 11, 2017, denying several pretrial motions filed by defendant Calvin Smith, including motions in which Smith raised double jeopardy and statutory speedy trial claims.  On August 21, 2017, Smith filed a notice of appeal, seeking review of the August 11 order.  That appeal has been docketed in this Court as Case No. A18A0464.

On September 13, 2017, Smith filed a second notice of appeal, again seeking review of the August 11 order.  That appeal has been docketed in this Court as the instant case, No. A18A0636.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Smith's notice of appeal in Case No. A18A0636 is untimely, as it was filed 33 days after entry of the trial court's order.  The appeal in Case No. A18A0636 also is duplicative of the currently pending appeal in Case No. A18A0464.  Consequently, Case No. A18A0636 is hereby

DISMISSED as untimely and superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A18A0464.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/27/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*